UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
:
    UNITED STATES OF AMERICA      :    **FINAL ORDER OF FORFEITURE**
:
            -v.-                                 :    S6 17 Cr. 350 (LAP)
:
    DENIS SAVGIR,                          :
:
                  Defendant.      :
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

        WHEREAS, on or about November 25, 2019, this Court entered a Consent Preliminary Order of Forfeiture as to Specific Property (the "Preliminary Order of Forfeiture") (D.E. 1233), which ordered the forfeiture to the United States of all right, title and interest of DENIS SAVGIR (the "Defendant") in the following property:

    a)    Nine flash drives and five SD cards, assigned FBI inventory barcode number E6280667 seized from the Defendants residence on or about June 7, 2017;

    b)    One LG cell phone model number LGMS323 bearing serial number 408CYKJ64174, assigned FBI inventory barcode number E6064108, seized from the Defendants residence on or about June 7, 2017;

    c)    One Epson Perfection V5OO photo scanner model number J251A bearing serial number K5W133694, assigned FBI inventory barcode number E6064104, seized from the Defendants residence on or about June 7, 2017;

    d)    One Epson Perfection V600 photo scanner model number J252A bearing serial number LTYW187792, assigned FBI inventory barcode number E6064103, seized from the Defendants residence on or about June 7, 2017;

    e)    One box containing one Akiles dual heat system laminator model number Pro-Lam Plus 330 bearing serial number 16070345, assigned FBI inventory barcode number E6064102, seized from the Defendants residence on or about June 7, 2017;

    f)    One Epson Stylus photo printer R280 model number B412A bearing serial number K77K089269, assigned FBI inventory barcode number E6064101, seized from the Defendants residence on or about June 7, 2017

    g)    One HP Pavilion desktop model number A1510N bearing serial number CNH6252R98, assigned FBI inventory barcode number

<ul>
<li>E6064098, seized from the Defendants residence on or about June 7, 2017;</li>
</ul>

h) One Asus laptop model number U56E bearing serial number BCN0AS19208649G, assigned FBI inventory barcode number E6064097 seized from the Defendants residence on or about June 7, 2017;

i) One HP Pavilion laptop model number G71 bearing serial number C2N0AS503609088, assigned FBI inventory barcode number E6064096, seized rom the Defendants residence on or about June 7, 2017;

j) One Asus laptop model number X54C bearing serial number C2N0AS503609088, assigned FBI inventory barcode number E6064095, seized from the Defendants residence on or about June 7, 2017;

k) One HP Pavilion 6 Series laptop model number HSTNN194C bearing serial number CNU1110F8C, assigned FBI inventory barcode number E6064094 seized from the Defendants residence on or about June 7, 2017;

l) One Samsung keyboard and one Wacom tablet model number DTK1301, assigned FBI inventory barcode number E6064093 seized from the Defendants residence on or about June 7, 2017;

m) One Canon printer model number MX922 bearing serial number ADWUl 4666, assigned FBI inventory barcode number E6064089, seized from the Defendants residence on or about June 7, 2017;

n) One pink storage basket containing assorted cables, a Canon wax printer, assorted floppy disks, one label writer, and one Personal Digital Assistant ("PDA"), assigned FBI inventory barcode number E6064087, seized from the Defendants residence on or about June 7, 2017,

o) One box containing one Fargo card printer with feeder bearing serial number A8370224P, assigned FBI inventory barcode number E6064081, seized from the Defendant's residence on or about June 7, 2017;

p) One Epson Stylus Photo R280 printer bearing serial number K77K446803, assigned FBI inventory barcode number E6064080, seized from the Defendant's residence on or about June 7, 2017; and

q) One black Canon Pro 10 printer bearing serial number QC52952DB0101, assigned FBI inventory barcode number E6064111 seized from the Defendant's residence on or about June 7, 2017,

(the "Specific Property");

WHEREAS, the Preliminary Order of Forfeiture directed the United States to publish, for at least thirty (30) consecutive days, notice of the Preliminary Order of Forfeiture, notice of the United States' intent to dispose of the Specific Property, and the requirement that any person asserting a legal interest in the Specific Property must file a petition with the Court in accordance with the requirements of Title 21, United States Code, Sections 853(n)(2) and (3).  The Preliminary Order of Forfeiture further stated that the United States could, to the extent practicable, provide direct written notice to any person known to have an alleged interest in the Specific Property and as a substitute for published notice as to those persons so notified;

WHEREAS, the provisions of Title 21, United State Code, Section 853(n)(1), Rule 32.2(b)(6) of the Federal Rules of Criminal Procedure, and Rules G(4)(a)(iv)(C) and G(5)(a)(ii) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, require publication of a notice of forfeiture and of the Government's intent to dispose of the Specific Property before the United States can have clear title to the Specific Property;

WHEREAS, the Notice of Forfeiture and the intent of the United States to dispose of the Specific Property was posted on an official government internet site (www.forfeiture.gov) beginning on February 19, 2021, for thirty (30) consecutive days, through March 20, 2021, pursuant to Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions and proof of such publication was filed with the Clerk of the Court on March 27, 2021 (D.E. 1356);

WHEREAS, thirty (30) days have expired since final publication of the Notice of Forfeiture and no petitions or claims to contest the forfeiture of the Specific Property have been filed;

WHEREAS, the Defendant is the only person and/or entity known by the Government to have a potential interest the Specific Property;

WHEREAS, pursuant to Title 21, United States Code, Section 853(n)(7), the United States shall have clear title to any forfeited property if no petitions for a hearing to contest the forfeiture have been filed within thirty (30) days of final publication of notice of forfeiture as set forth in Title 21, United States Code, Section 853(n)(2);

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT:

1. All right, title and interest in the Specific Property is hereby forfeited and vested in the United States of America, and shall be disposed of according to law.

2. Pursuant to Title 21, United States Code, Section 853(n)(7) the United States of America shall and is hereby deemed to have clear title to the Specific Property.

3. The United States Marshals Service (or its designee) shall take possession of the Specific Property and dispose of the same according to law, in accordance with Title 21, United States Code, Section 853(h).

Dated: New York, New York
~~May~~ June ___01___, 2021

SO ORDERED:

_Loretta A. Preska_
HONORABLE LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE